UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: _16 - 9215_

                                  :

    V.                            :          CRIMINAL ACTION

                                  :
_Veronica Lazo_                   :          ORDER OF RELEASE
                                  :

        The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

        ( ) Reporting, as directed, to U.S. Pretrial Services;

        ( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

        ( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

        ( ) The defendant shall appear at all future court proceedings;

        ( ) Other: _____

_____          _____
DEFENDANT                        DATE  10/12/16

        It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_____
DATE  10/12/16